# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY NICHOLAS TAGLIERE,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF THE SOCIAL SECURITY,<br>    Defendant. | Case No. 2:21-cv-00481-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. However, the instant application is incomplete. Plaintiff failed to respond fully to question 8. *See id.* at 4. Further, Plaintiff submits that he will not be paying an attorney any money for services in connection with case, but also submits that he is represented by the Law Offices of Lawrence D. Rohlfing on a contingency fee basis. *Id.* at 5. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice. Docket No. 1. The Court will retain Plaintiff's complaint, but will not file it until the matter of the filing fee is resolved. Docket No. 1-1. No later than April 23, 2021, Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. Any future application to proceed *in forma pauperis* must include only the initials of any dependent under the age of 18. The Clerk's Office is instructed to send Plaintiff a blank application form. Failure to timely comply with this order will result in dismissal of the instant matter without prejudice.

IT IS SO ORDERED.

Dated: March 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1