1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 ANTHONY NICHOLAS TAGLIERE,                    Case No. 2:21-cv-00481-NJK

9        Plaintiff,                                           **ORDER**

10 v.                                                          [Docket No. 20]

11 KILOLO KIJAKAZI,

12        Defendant.

13       Pending before the Court is the Commissioner's motion for an extension of time to provide

14 the Court with a paper copy of the Certified Administrative Record.  Docket No. 20.  The Court

15 GRANTS the Commissioner's motion and **ORDERS** the Commissioner to provide a paper copy

16 of the Certified Administrative Record to the Court no later than October 26, 2021.  The deadline

17 for the Commissioner to file an answer accompanied by the electronic Certified Administrative

18 Record remains August 27, 2021.  Given the importance of the paper copy of the Certified

19 Administrative Record to the just and speedy adjudication of the matter before the Court, **NO**

20 **FURTHER EXTENSIONS WILL BE GRANTED.**

21       IT IS SO ORDERED.

22       Dated: August 27, 2021

23                                                       _____

24                                                       Nancy J. Koppe
                                                         United States Magistrate Judge

25

26

27

28

1